United States Bankruptcy Court
District of Massachusetts

Debtors:   Robert F. Finnegan    Docket No.: 10-44044
Susan M. Finnegan

## MOTION OF DEBTOR'S COUNSEL TO APPEAR AT HEARING ON DEBTOR'S OBJECTION TO TD BANK NORTH CLAIM VIA TELEPHONE

Debtor's counsel requests that he be allowed to attend the Hearing on Debtor's Objection to Claim of TD Bank scheduled on 7/19/11 at 1:00 p.m. via telephone. Debtor's counsel has contacted TD Bank North and was advised that they did not intend on retaining counsel to appear on their behalf at the upcoming hearing.

WHEREFORE, Debtor's counsel request that this motion be allowed, so as not to incur additional attorneys fee's.

Respectfully Submitted,
Debtors,
By their counsel,

Edwin H. Howard, Esq.
BBO 561394
Bonville & Howard
154 Prichard Street
Fitchburg, MA 01420
(978) 345-4144
contact@bonvillelaw.com

### Certificate of Service

I, Edwin H. Howard, hereby certify that on the 14th day of July, 2011 I served a true and accurate copy of the above notice upon the following parties of interest:

RBS Citizens, N.A.
c/o Jack Mikels & Associates, LLP
1 Batterymarch Park
Suite 309
Quincy, MA  02169-7454

TD Bank, N.A.
c/o Walter M. Lupan, Esq.
Grassia, Murphy and Lupan, P.A.
5 Commonwealth Road
Natick, MA 01760

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124

City of Leominster
Office of Treasurer/Collector
PO Box 457
Worcester, MA 01613

Internal Revenue Service
Andover, MA 05501-0010

TD Bank, N.A.
c/o Walter M. Lupan, Esq.
Grassia, Murphy and Lupan, P.A.
5 Commonwealth Road
Natick, MA 01760

TD Banknorth, N.A.
370 Main Street
Worcester, MA 01608

Robert F. Finnegan
123 Grove Ave.
Leominster, MA 01453

Susan M. Finnegan
123 Grove Ave.
Leominster, MA 01453

Edwin H. Howard, Esq.